# Third District Court of Appeal

## State of Florida

Opinion filed August 21, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-1141
Lower Tribunal No. 24-003037-CA-01
_____

**José Yeyille,**
Appellant,

vs.

**The Florida Bar, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

José Yeyille, for appellant.

Shutts & Bowen LLP, and Ricky L. Polston (Tallahassee), for appellee The Florida Bar; Pryor Cashman LLP, and Brendan S. Everman, for appellees ALM Global, LLC and Michael A. Mora.

Before LOGUE, C.J., and LOBREE and BOKOR, JJ.

PER CURIAM.

After review of José Yeyille's initial brief, we conclude that "no preliminary basis for reversal has been demonstrated." Fla. R. App. P. 9.315(a). Accordingly, we summarily affirm the order(s) on review.

Affirmed.